# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| Deborah Vaccarella, | Case No.: 2:11-cv-709-PSG |
| Plaintiffs, | |
| v. | **NOTICE OF SETTLEMENT** |
| Prime Source Capital Management, LLC, | |
| Defendant. | |

Plaintiffs, by and through counsel, give Notice that the parties in the above-captioned matter have reached a settlement. Plaintiff expects to be in a position to file a Notice of Dismissal with prejudice within 45 days to allow time for full completion of the settlement agreement.

RESPECTFULLY SUBMITTED,

LEGAL HELPERS, P.C.

By: */s/ Nicholas J. Prola*
 Nicholas J. Prola
 233 S. Wacker, Suite 5150
 Chicago, IL 60606
 Telephone: 1.866.339.1156
 npr@legalhelpers.com
 *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was filed electronically on August 16, 2011. Notice of this filing was sent by placing a copy of the same in the U.S. Mail on August 16, 2011, addressed as follows:

Brendan H. Little
Lippes Matias Wexler Friedman LLP
665 Main Street, Suite 300
Buffalo, NY 14203

*/s/ Nicholas J. Prola*