# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| Deborah Vaccarella,<br><br>    Plaintiffs,<br><br>v.<br><br>Prime Source Capital Management, LLC,<br><br>    Defendant. | Case No.: 2:11-cv-709-PSG<br><br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

    RESPECTFULLY SUBMITTED,

    LEGAL HELPERS, P.C.

    By: */s/ Nicholas J. Prola*
        Nicholas J. Prola
        233 S. Wacker, Suite 5150
        Chicago, IL 60606
        Telephone: 1.866.339.1156
        npr@legalhelpers.com
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was filed electronically on September 30, 2011. Notice of this filing was sent by placing a copy of the same in the U.S. Mail on September 30, 2011, addressed as follows:

Brendan H. Little
Lippes Matias Wexler Friedman LLP
665 Main Street, Suite 300
Buffalo, NY 14203

*/s/ Nicholas J. Prola*